**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JEROME BRYANT | CIVIL ACTION |
| VERSUS | NUMBER: 05-3077 |
| NORTH BANK TOWING CORPORATION, ET AL | SECTION: "C" 5 |

**J U D G M E N T**

In accordance with the jury's verdict rendered on November 14, 2006,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants North Bank Towing Corporation, Odyssea Vessels, Inc. and Odyssea Marine Group, and against plaintiff Jerome Bryant, dismissing plaintiff's complaint with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Petition of Intervention filed by Stern, Miller & Higdon and Darleen M. Jacobs, a Professional Law Corporation, is hereby DISMISSED as moot.

New Orleans, Louisiana, this 15th day of November 2006.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE