file into record
KC

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 15 PM 1:24
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEROME BRYANT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3077** |
| **NORTH BANK TOWING CORPORATION** | **SECTION: "C"** |

**JURY INTERROGATORIES**

1. Do you find from a preponderance of the evidence that the plaintiff sustained an accident aboard the M/V MISS PATRICIA on or about July 13, 2005?

_______________ YES _______________ NO

If you answered "YES" to Question 1, proceed to Question 2.

If you answered "NO" to Question 1, PROCEED NO FURTHER. SIGN AND DATE THIS FORM AND RETURN IT TO THE COURTROOM.

2. Do you find by a preponderance of the evidence that the defendants were negligent in the manner claimed by the plaintiff and that such negligence was a cause of damage to the plaintiff?

_______________ YES _______________ NO

Proceed to Question 3.

3. Do you find by a preponderance of the evidence that the M/V MISS PATRICIA was unseaworthy in the manner claimed on July 13, 2005, and that such unseaworthiness was a proximate cause of damage to the plaintiff?

_______________ YES _______________ NO

If you answered "YES" to Question 2 AND/OR Question 3, proceed to Question 4.

If you answered "NO" to BOTH Question 2 AND Question 3, Proceed to Question 7.

___ Fee___________
___ Process________
_X_ Dktd__________
_✓_ CtRmDep_______
___ Doc. No________

4. Do you find from a preponderance of the evidence that the plaintiff himself was negligent in the manner claimed by the defendants and that such negligence was a cause of plaintiff's damage?

_______________ YES _______________ NO

Proceed to Question 5.

5. By a preponderance of the evidence, what proportion or percentage of the plaintiff's damages do you find, to have been legally caused by the fault of the respective parties? (Answer in percentages, the total MUST equal 100%.)

Plaintiff _______________ %

Defendants _______________ %

Proceed to Question 6.

6. By a preponderance of the evidence, what amount of money, if paid now in cash, would fairly and reasonably compensate the plaintiff for his injuries, if any, that resulted from the occurrence in question?

Past physical pain and suffering and mental anguish, including loss of enjoyment of life $ _______________

Past lost wages $ _______________

Proceed to Question 7.

7. Do you find by a preponderance of the evidence that the plaintiff is entitled to receive maintenance and cure?

_______________ YES _______________ NO

If you answered "YES" to Question 7, proceed to Question 8.

If you answered "NO" to Question 7, PROCEED NO FURTHER. SIGN AND DATE THIS FORM AND RETURN IT TO THE COURTROOM.

8. By a preponderance of the evidence, to what daily rate of maintenance do you find the plaintiff entitled?

Daily Rate of Maintenance $ ____________________

Proceed to Question 9.

9. By a preponderance of the evidence, what amount of money, if paid now in cash, would fairly and reasonably compensate the plaintiff for cure, if any, that resulted from the occurrence in question?

Past Cure (Past Medical Expenses) $ ____________________

Proceed to Question 10.

10. Do you find by a preponderance of the evidence that the defendants unreasonably failed to provide maintenance and cure to the plaintiff?

_____________ YES _____________ NO

If you answered "YES" to Question 10, Proceed to Question 11.

If you answered "NO" to Question 10, PROCEED NO FURTHER. SIGN AND DATE THIS FORM AND RETURN IT TO THE COURTROOM.

11. By a preponderance of the evidence, what amount of money, if paid now in cash, would fairly and reasonably compensate the plaintiff for defendants' unreasonable failure to provide maintenance and cure, if any, that resulted from the occurrence in question?

Compensatory Damages For Unreasonable Failure to Pay Maintenance and Cure $ ____________________

Proceed to Question 12.

12. Do you find by a preponderance of the evidence that the defendants willfully refused to pay maintenance and cure to the plaintiff?

_____________ YES _____________ NO

SIGN AND DATE THIS FORM AND RETURN IT TO THE COURTROOM.

SO SAY WE ALL.

New Orleans, Louisiana, this ____ day of November, 2006.

_____________________________
JURY FOREPERSON